## JOHN MORTON *v.* COMMISSIONER OF CORRECTION
### (AC 24574)

Lavery, C. J., and Foti and DiPentima, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.

## PETER MICHALIK *v.* JEREK RUTKOWSKI
### (AC 25110)

Lavery, C. J., and Foti and DiPentima, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The judgment is affirmed.

## JOHN PITTMAN *v.* COMMISSIONER OF CORRECTION
### (AC 24312)

Lavery, C. J., and Foti and DiPentima, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.